| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES JAMESON, | ) | *E-FILED - 1/11/06* |
| | ) | |
| Plaintiff, | ) | CIVIL NO.  04-00609 RMW |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) | SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) | FEES PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| Defendant. | ) | |
| | ) | |

    The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1] The check is to be payable to plaintiff's counsel:

TOM WEATHERED<br>
999 16TH ST., #7<br>
SAN FRANCISCO, CA 94107<br>
(415) 865-0399; FAX 0305<br>
tweathered@covad.net

    2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

Act.

    3. Payment of the FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: December 20, 2005          /s/
        TOM WEATHERED
        Attorney for Plaintiff

        KEVIN V. RYAN
        United States Attorney

Dated: December 27, 2005    By:    /s/
        SARA WINSLOW
        Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/10/06          /S/ RONALD M. WHYTE
        RONALD M. WHYTE
        United States District Judge